# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PEDRO LEGORRETA-MAGANA (1), Defendant. | Case No. 18-CR-3551-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Pending before the Court is the United States of America's motion to dismiss the indictment without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the indictment against Pedro Legorreta-Magana.

**IT IS SO ORDERED.**

Dated: September 12, 2018

Cynthia Bashant
United States District Judge